UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AMANDA CLARKE, SARA HIOTT-MILLIS, KATHERINE RAMOS, and TILE WOLFE, | DECLARATION OF SERVICE |
| Plaintiffs, | 13-CV-5303 |
| -v- | |
| CITY OF NEW YORK; New York City Police Department ("NYPD") CHIEF JOSEPH ESPOSITO; NYPD Officer ("P.O.") PAULO DOMINGUEZ (Shield No. 18292); P.O. ARETHA BLISSETT-SMITH (Shield No. 7457); P.O. JIANREN CHEN (Shield No. 23474); P.O. JOHN DOES 1 through 40; NYPD SUPERVISORY OFFICER JANE ROE (The names John Doe and Jane Roe being fictitious, as the true names and shield numbers are presently unknown), In their individual capacities, | |
| Defendants. | |

---

I, Jennifer Waller, do hereby state and affirm under penalties of perjury that the following is true and correct:

1. I am over 18 years of age and am not a party to this action.

2. On August 2, 2013 at approximately 4:00 PM, at 100 Church Street (Park Place entrance), New York, NY 10007, I served the following documents upon defendant THE CITY OF NEW YORK by delivering and leaving a true copy of the documents with a person of suitable age and discretion, *to wit,* Amanda Gonzales:

    a. Summons upon The City of New York,

    b. Complaint and Demand for a Jury Trial.

    c. Section 1983 Plan-compliant N.Y.C.P.L.§ 160.50[1][d] Releases for Sealed Records for Plaintiffs Katherine Ramos, Amanda Clarke, Tile Wolf, and Lily Hiott-Millis.

3. Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstance of service as follows:

Sex:   Female          Race:  African-American     Hair: Brown

Approximate Age:   26      Approx. Height: 5'7"      Approx Weight: 140

Dated:   New York, New York
         August 2, 2013

By: _____
    Jennifer Waller